1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  2121 North California Boulevard, Suite 1010
   Walnut Creek, CA 94596
3  Telephone: (925) 482-1515    E-filing
   Facsimile: (925) 407-2700
4  E-Mail: ltfisher@bursor.com
5  *Attorneys for Plaintiff*

FILED

APR - 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  JEANNETTE MCCLENDON, individually and
   on behalf of all others similarly situated,
10

11                    Plaintiff,

12          v.

13  SENSA PRODUCTS, LLC, and ALAN R.
    HIRSCH,
14

15                    Defendants.

16

Case No. C11-01650 EMC

ADR

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

1       Plaintiff Jeannette McClendon ("Plaintiff"), by her undersigned attorneys, brings this class

2 action complaint against Sensa Products, LLC and Alan R. Hirsch. Plaintiff's allegations are based

3 upon personal knowledge as to her own acts and upon information and belief as to all other matters.

4 <center>**NATURE OF THE ACTION**</center>

5     1.       This is a class action lawsuit on behalf of purchasers of the Sensa Weight Loss

6 System ("Sensa"), which is marketed as a "NEW, clinically proven method of losing weight" with

7 "no food restriction, and no change in lifestyle."[1] Sensa consists of shakers of "magic" "tastant"

8 "crystals," also described as "sprinkles," which users are instructed to sprinkle on their food.

9 According to the sales pitch, users can lose 30+ pounds without dieting or exercise, simply by

10 sprinkling Sensa crystals on their food:







24 Moreover, as the foregoing graphic shows, this strange approach to weight loss is "Doctor

25 Formulated" and "Clinically Proven."

27 _____

28 [1] www.trysensa.com (May 17, 2008), attached hereto as Exhibit A.

1   According to the sales pitch, Sensa crystals work with your sense of smell to stimulate an area of

2   your brain called the "satiety center," which "tells your body it's time to stop eating." As a result,

3   you eat less and lose weight.

4       2.      This sales pitch is false, misleading, and unsubstantiated because there is no

5   competent and reliable scientific evidence to substantiate these claims. In fact, Sensa crystals have

6   never been proven efficacious for weight loss. In fact, Sensa crystals have never been proven to

7   have any effect on the "satiety center" of the brain. In fact, Sensa crystals are ineffective.

8       3.      This graphic, obtained from the Sensa website, illustrates how Sensa purports to

9   "help you lose weight safely and naturally, without dieting":

10



11

12

13

14

15

16

17

18

19

20

21

22

23   The website also depicts the miraculous weight loss properties of Sensa crystals with an animation

24   showing Sensa being sprinkled on food while a meter in the user's brain shows empty:

25

26

27

28

CLASS ACTION COMPLAINT                                                 2

1

2

3

4

5

6

7

8

9

10

11

12



13  Sensa crystals, however, "activate[] the hunger control switch in the brain," so the meter goes to

14  full:

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1 These images illustrate the "scientific principle behind Sensa": "As you eat smell and taste
2 receptors send messages to your brain which release hormones that tell your body it's time to stop
3 eating. This is a phenomenon we call Sensory Specific Satiety. By enhancing smell, SENSA®
4 Tastants were designed to help speed up the process and trigger your 'I feel full' signal, so you eat
5 less and feel more satisfied."[2] All of this is presented with the phrase "CLINICALLY PROVEN"
6 prominently displayed.

7    4.    Jeannette McClendon ("Plaintiff") was tricked by defendants' false, misleading and
8 unsubstantiated sales pitch for Sensa crystals, and purchased Sensa crystals in reliance thereon. She
9 brings this action as a class action, on behalf of herself and other purchasers of Sensa crystals, and
10 asserts claims against Sensa Products, LLC and Alan R. Hirsch (collectively "Defendants") for
11 violation of California's Consumers Legal Remedies Act, for violation of California's False
12 Advertising Law, and for violation of the unlawful, unfair and fraudulent and deceptive prongs of
13 California's Unfair Competition Law.

14                                        **BACKGROUND**

15    5.    According to a September 2002 Federal Trade Commission Staff Report,[3]
16 overweight and obesity have reached epidemic proportions, afflicting 6 out of every 10 Americans.
17 At the same time, nearly 29% of men and 44% of women who are trying to lose weight (an
18 estimated 68 million American adults) comprise a huge potential market for sellers of weight-loss
19 products and services. Consumers spent an estimated $34.7 billion in 2000 on weight-loss products
20 and programs. The marketplace has responded with a proliferating array of products and services,
21 many promising miraculous, quick-fix remedies. And the FTC has found that "[t]he use of false or
22 misleading claims in weight-loss advertising is rampant."[4]

23

24

25 [2] http://www.trysensa.com/how-sensa-works.htm (accessed March 31, 2011).

26 [3] Weight Loss Advertising: An Analysis of Current Trends, A Federal Trade Commission Staff
   Report, September 2002 (hereafter, "FTC Staff Report"), available at
27 http://www.ftc.gov/bcp/reports/weightloss.pdf.

28 [4] *Id.*, Executive Summary, at p. x.

1    6.    Into this lucrative market stepped a particularly sophisticated huckster – one with a
2  medical degree and a thick stack of junk science to support the claim that his magic crystals are
3  "clinically proven" to promote weight loss without diet or exercise. Dr. Alan Hirsch, M.D., is a
4  board-certified neurologist. His name and photograph appear on Sensa's packaging, website,
5  advertisements, and promotional literature, together with claims that he has conducted and
6  published more than 200 research studies, authored 7 books, and appeared on numerous television
7  programs including Dateline NBC, CNN, the CBS Early Show, Good Morning America and Extra.
8  Dr. Hirsch's 20-plus years of research regarding the impact of smell and taste on weight loss
9  culminated in the patent-pending technology used in the SENSA® Weight-Loss System. Omitted
10 from these descriptions is the fact that in all these 20 years of research neither Dr. Hirsch, nor any
11 other medical professional, has produced any competent and reliable scientific evidence to
12 substantiate the claim that Sensa crystals effectively promote weight loss. Nevertheless, recent
13 changes in the law limiting governmental oversight of weight loss products created an opportunity
14 for Dr. Hirsh to market Sensa crystals without government scrutiny of the junk science underlying
15 the product.

16    7.    Prior to 1994, weight-control products were regulated as drugs, and an over-the-
17 counter (OTC) product labeled for weight control was misbranded under Section 502 of the Food,
18 Drug, and Cosmetic Act unless it was either generally recognized as safe and effective or was an
19 approved new drug. *See* FTC Staff Report at 27. With some limited exceptions not pertinent here,
20 an OTC product labeled for weight control required some form of pre-market review and approval
21 by the Food and Drug Administration ("FDA") to determine safety and effectiveness. *Id.* at 28. "In
22 1994, the passage of the Dietary Supplement Health and Education of 1994 (DSHEA) dramatically
23 changed the regulatory framework for weight-loss supplements, shifting FDA's role from premarket
24 clearance to post-market enforcement and shifting the responsibility from government to industry to
25 ensure products were safe and effective." *Id.* According to the FTC, "this change in regulatory
26 structure has coincided with a dramatic increase in the number of dietary supplement weight-loss
27 products as well as the amount of weight-loss product advertising." *Id.* Dr. Hirsch took advantage

28

CLASS ACTION COMPLAINT                                                                                    5

1  of this change in regulatory structure to market Sensa crystals to millions of consumers who would
2  be unable to decipher and debunk the junk science behind the product.

3                                          **THE PARTIES**

4      8.      Plaintiff Jeannette McClendon is a California citizen residing in Contra Costa
5  County, California.

6      9.      Defendants Sensa Products, LLC is a Delaware corporation, registered with the
7  California Secretary of State to conduct business in California.  Sensa Products, LLC's principal
8  place of business is in El Segundo, California.

9      10.     Defendant Alan R. Hirsch is a citizen of Illinois.

10                                **JURISDICTION AND VENUE**

11     11.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(A)
12  because this case is a class action where the aggregate claims of all members of the proposed Class
13  are in excess of $5,000,000.00, exclusive of interest and costs, and Plaintiff, as well as most
14  members of the proposed Class, are citizens of states different from the state of Defendants.

15     12.     This Court has personal jurisdiction over Sensa Products, LLC because it is
16  registered with the California Secretary of State to conduct business within California.  In addition,
17  Defendants conduct substantial business within California.

18     13.     This Court has personal jurisdiction over Dr. Alan R. Hirsch because he purposefully
19  directed his activities at California residents through his active participation in the fraudulent sale
20  and marketing of Sensa crystals to California residents.  Specifically, Dr. Hirsch created Sensa
21  crystals with the intention that they would be marketed and sold to California residents.  He has also
22  appeared in television advertisements and infomercials promoting Sensa crystals that have aired on
23  television in California.  Dr. Hirsch has also promoted Sensa crystals on television programs that air
24  in California such Extra TV and KTLA Prime News. *See* http://www.trysensa.com/news-
25  stories.htm.

26
27
28

CLASS ACTION COMPLAINT                                                                    6

1    14.    Venue is proper in this Court under 28 U.S.C. § 1391(b) because Defendants transact

2  significant business within this District, and because the plaintiff, Ms. McClendon, purchased Sensa

3  crystals in this District.

4                              **THE MARKETING OF SENSA**

5    15.    In early 2008, Dr. Hirsh and Sensa Products LLC announced what was "Quite

6  possibly the most important weight-loss discovery of the 21st century."[5]  Through their website,

7  they explained that Sensa is "an entirely NEW, clinically proven method of losing weight … [with]

8  no food restrictions, and no change in lifestyle."[6]  These statements were false in at least three

9  respects. *First*, Sensa was not "entirely NEW." Dr. Hirsch had previously marketed his magic

10  tastant crystals in 2004, at which time he called the product "Sprinkle Thin." By 2005, Sprinkle

11  Thin had been pulled from the market and the company that had sold it was out of business. So

12  when the product was reincarnated as "Sensa crystals" in 2008, it was not "entirely NEW." *Second*,

13  Sensa crystals were not a "clinically proven" method of losing weight. In 2008 there was no

14  reliable scientific evidence showing that Sensa crystals had any effect on weight loss. Nor is there

15  such evidence today. *Third*, the claim that Sensa could cause weight loss without diet or exercise is

16  a "red flag" weight loss claim which the FTC has found is "almost always deceptive."[7]

17    16.    The FTC has also identified claims of scientific proof and doctor endorsements as

18  common tactics used by weight-loss hucksters:

19          "And for those who remain skeptical, there is an answer. The
            products are backed by 'clinical studies' or are 'clinically tested' ….
20          Even if they do not purport to be clinically proven, many claim to be

21
    _____
    [5] www.trysensa.com (May 17, 2008), attached hereto as Exhibit A.
22  [6] *Id.*

23  [7] Federal Trade Commission, Weighing the Evidence: Substantiating Claims for Weight Loss
24  Products, available at http://business.ftc.gov/documents/weighing-evidence-substantiating-claims-
    weight-loss-products ("The FTC has listed seven 'red flag' weight loss claims that are almost
25  always deceptive. Think twice before participating in the promotion of any product that says it can
    cause weight loss without diet or exercise …."); *see also* Federal Trade Commission, Red Flag:
26  Bogus Weight Loss Claims, A Reference Guide For Media On Bogus Weight Loss Claim
    Detection, available at http://business.ftc.gov/documents/weighing-evidence-substantiating-claims-
27  weight-loss-products ("Claims for diet products that promise weight loss without sacrifice or effort
28  are bogus and in some cases dangerous.").

1    the product of years of scientific research … or are doctor
     recommended."

2   FTC Staff Report at 6.

3        "Phrases like 'the clinically proven healthy way to lose weight,'
         'clinically tested,' 'scientifically proven,' and 'studies confirm'
4        bestow products with an aura of scientific legitimacy and aim to
         persuade consumers that they should feel confident that a product will
5        work."

6   *Id.* at 17. This tactic is at the very core of the Sensa scam, as nearly every element of the product

7   labeling, every advertisement, and every page of the Sensa website emphasizes that Sensa crystals

8   are "Clinically Proven" to work, and were developed by Dr. Hirsch through "20-plus years of

9   research."

10       17.     When it launched in 2008, Sensa's website, attached as Exhibit A, touted "more than

11  2 decades of research." It stated that "Sensa's exclusive Tastant Technology is proven in clinical

12  testing to produce an average weight loss of 30.5 pounds in just 6 months." It stated that "Sensa is

13  the ONLY weight-loss system with this revolutionary technology and these amazing clinical

14  results." Under a link titled "Where's the Proof?," the website presented a bold headline stating

15  **"Clinical Study Proved Average Weight Loss of 30.5 lbs!"** Under that headline, the text read:

16       "In one of the largest clinical studies for a non-prescription weight-
         loss product ever conducted, 1436 men and women participants were
17       instructed to sprinkle Sensa Tastants on all of their daily food for 6
         months. 100 men and women participants were monitored in a
18       placebo group. The participants were not advised to change their
         regular diet or exercise and were weighed at the beginning and the
19       end of the study.

20       At the end of the 6-month study, the average weight loss of the Sensa
         Tastant group was 30.5 pounds, or an average of 5.1 pounds per
21       month. The placebo group only lost an average of 2 pounds."

22       18.     The statements identified in the foregoing paragraph were all false, misleading and

23  unsubstantiated. *First*, despite the repeated references to a "placebo group," the purported 6-month

24  clinical study was not placebo-controlled. The references to a "placebo group" are simply false.

25  Dr. Hirsch later admitted the falsity of those statements and attributed them to a

26  "misunderstanding." *Second*, the purported "study" was so lacking in rigor that calling it "junk

27  science" would probably overstate its validity. The study does not appear to have been done at a

28

CLASS ACTION COMPLAINT                                                                                   8

clinic or medical facility; participants weighed themselves and reported their own weight losses with no outside checks. They paid Dr. Hirsch $49 per month to participate. More than a thousand participants dropped out, and no report of their weight loss, or gain, was made. ABC News showed Dr. Hirsch's "study" to a former Research Director of a National Institutes of Health-funded Research Center, Professor R. Barker Bussell of the University of Maryland. His reaction was to "laugh out loud."[8] According to Professor Bussell, Dr. Hirsch's research is beyond worthless – it "has a negative value."[9]

19. Prior to filing this action, Plaintiff's counsel retained an independent expert to review Dr. Hirsch's purported "clinical study." That expert examined the reports from Dr. Hirsch's "study" and concluded that it is not scientifically credible and does not support claims that Sensa crystals are effective for weight loss.

20. Nevertheless, claims that Sensa crystals are "clinically proven" pervade every aspect of Sensa's packaging, labeling, advertisements, and marketing materials. Front and center on the box, shown below, is the statement "CLINICALLY PROVEN" in all caps, next to a caduceus and the name Alan Hirsch M.D. The "clinically proven" claim, together with the prominent display of a symbol of medicine, is designed to bestow Sensa crystals with the aura of scientific and medical credibility. Further down the front center of the box says:

SPRINKLE on your food

EAT what you love

LOSE weight without dieting

[8] ABC News, Eat Ice Cream, Burgers and Pizza and Still Lose Weight?, available at http://abcnews.go.com/print?id=5495808 (accessed March 31, 2011).

[9] *Id.*

1
2
3
4
5
6
7
8
9
10
11



12
13
14

15    21.    The right side of the box features a photograph of Dr. Alan Hirsch, together with this
16  text:

17          About SENSA® Creator

18          Dr. Alan Hirsch, M.D., board-certified neurologist, has conducted and
            published more than 200 research studies, authored 7 books, and
19          appeared on numerous television programs, including Dateline NBC,
            CNN, the CBS Early Show, Good Morning America, and Extra.  Dr.
20          Hirsch's 20-plus years of research regarding the impact of smell and
            taste on weight loss culminated in the patent-pending technology used
21          in the SENSA® Weight-Loss System.

22  These statements are also designed to bestow Sensa crystals with the aura of scientific and medical

23  credibility.

24    22.    The left side of the box features the following text:

25                        It's Proven Effective

26                 $     Based on 25 years of research

27                 $     Tested in multiple clinical studies

28                 $     30 pounds average weight loss

---

CLASS ACTION COMPLAINT                                                                10

1  These statements are also designed to bestow Sensa crystals with the aura of scientific and medical

2  credibility, and also to convey the message that Sensa crystals have been scientifically proven

3  effective for weight loss.

4          23.     The back surface of the box features before-and-after photographs of a woman

5  wearing a bikini with high-heels and a fit man flexing his biceps, together with representations that

6  the woman "lost 46 lbs" and the man "lost 93 lbs." Near these photos, the following text appears:

7          Clinically Proven

8          $    SENSA® was proven effective in one of the largest clinical
               studies ever performed on a non-prescription weight-loss
9              product.

10         $    Participants were instructed not to change their existing diet or
               exercise program.

11         $    1,436 men and women lost an average of 30.5 pounds in just 6
               months.
12

13  Fine print at the bottom repeats the statement: "Studies show average weight loss of

14  30 lbs. in 6 months."

15         24.     Inside the box is a "Read First" package insert pamphlet. It shows again the before-

16  and-after pictures of the bikini-clad woman who "lost 46 lbs," as well as another woman who "lost

17  45 lbs." An asterisk modifies these statements with the following disclaimer: "Clinical studies

18  show average weight loss 30 lbs in 6 months." The pamphlet goes on to explain:

19         "There are 6 months in the SENSA® Weight-Loss System.  Each
           month is indicated by the number on the container and contains a new
20         and different blend of SENSA® that has been clinically proven to
           help you lose weight."
21

22         25.     Also inside the box is a "Usage Guide" package insert booklet. The booklet states at

23  page ii:

24         "Dr. Hirsch and his team tested more than 4,000 different Tastant
           combinations to identify the ones that triggered the most weight loss."

25  The booklet states at page 5:

26         $ It's Proven Effective
               Based on 25 years of research
27             Tested in multiple clinical studies

28

CLASS ACTION COMPLAINT                                                              11

1

30 pounds average weight loss

The booklet states at page 6:

2

3          "Based on his research, and the remarkable weight-loss results seen in
           his studies, Dr. Hirsch found that SENSA Tastants help to speed up
4          the satiety process, thereby helping you to eat less and take in fewer
           calories, so you can lose weight without giving up your favorite
5          foods."

The booklet states at page 16:

6

7          "Studies show average weight loss of 30 lbs in 6 months."

The booklet states at page 18:

8

9          "Studies show average weight loss of 30 lbs in 6 months."

The booklet states at page 19:

10

11          "Studies show average weight loss of 30 lbs in 6 months."

The booklet states at page 21:

12

13          "Studies show average weight loss of 30 lbs in 6 months."

And at page 24, the booklet concludes with answers to frequently asked questions, including:

14

15          "How long will it take until I lose weight?  There is no 'typical'
           timeline for losing weight with SENSA.  Although most people lose
16          weight in the very first month, everyone experiences weight loss
           differently.  Stick with the system and you will lose weight."

17     26.      Also inside the box is a "How To DVD."  The video on the DVD features a hostess

18  identified as "Michelle."  Michelle states:

19          "The magic lies in the patent pending flavor combinations that trigger
           your satiety center so you feel more full and more satisfied.  Over 25
20          years Dr. Hirsch has tested more than 4,000 tastants to determine the
           specific combinations that were the most effective in inducing weight
21          loss."

22  (How To DVD video at approximately 3:42.)  Michelle continues:

23          "Dr. Alan Hirsch, creator of the SENSA weight loss system, is
           renowned for his 25 years of research on the science of smell and
24          taste.  He has written six books on the subject, conducted and
           published more than 180 research studies, and holds multiple patents
25          related to the use of olfactory mechanisms to influence biological
           responses.  His research has been cited in major publications
26          including Time, Good Housekeeping, and USA Today.  And he is a
           frequent guest on television programs such as Dateline NBC, CNN,
27          the CBS Early Show, Good Morning America, and Extra."

28

CLASS ACTION COMPLAINT                                                              12

1  (How To DVD video at approximately 5:18.) Approximately six minutes into the video, Dr. Hirsch

2  appears and states:

3        "During the course of my clinical work as Neurological Director of
       the Smell and Taste Treatment and Research Foundation in Chicago, I
4      discovered a critical link between the sense of smell and weight loss.
       I observed that many of my patients experienced significant weight
5      gain after losing their sense of smell. This makes anatomic sense
       when you consider that the urge to eat is not governed by the
6      stomach, but by the satiety center of the brain. Scents from SENSA
       tastants travel through the nose and tongue to nerve receptors. The
7      receptors send signals that stimulate the olfactory bulb and the taste
       center in the brain. This signals the satiety center of the
8      hypothalamus, which signals to the pituitary gland, triggering the
       release of hormones that suppress hunger and appetite.
9
       With that understanding I theorized that weight loss could also be
10     achieved through the sense of smell. We tested this theory in a series
       of clinical studies using scented flavorless crystals called tastants that
11     can be sprinkled onto food in order to enhance smell. We developed
       over 4,000 different tastant combinations to identify the ones that
12     triggered the most weight loss. It's my hope that my research will
       benefit millions of people who are struggling with weight issues by
13     helping them take back control of their food and develop healthier
       eating habits."
14
   Approximately 8 minutes into the video, a man identified as "Ari" appears with a before-and-after

15
   picture and on-screen graphic stating "Ari lost 36 lbs." Ari states:
16
       "What impressed me was that SENSA is based on 25 years of
17     research and testing. And it's backed up by scientific proof."

18     27.    Sensa is promoted and sold through the website www.trysensa.com. Visitors to this

19  site are greeted by a video featuring Dayna Devon, depicted in the image below:

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT                                                                    13

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20



She states:

21

22

23

24

25

26

27

28

> "Hi, I'm Dayna Devon. I've been a reporter and broadcast journalist
> for more than 20 years. So when my producers asked me to do a
> story on a weight loss product called Sensa, I thought, hmmmm, this
> product sounds too good to be true. You may have read about Sensa
> in the New York Times and Time Magazine or seen it on Dateline
> NBC. Sensa's been getting lots of media attention because of a
> landmark 6-month clinical study [onscreen graphic: "Clinically
> Proven! 1436 people lost an average of 30 lbs"] in which 1,436
> people lost an average of over 30 pounds each. Huh, yeah. And
> here's the really amazing part. They did it without any drugs or pills.
> Without changing their eating habits or adding an exercise routine.
> Sounds too good to be true, right? Yeah, I thought so too. Until I
> tried Sensa for myself. It's just one of those things you have to try to

CLASS ACTION COMPLAINT                                                    14

see how easy it is to lose weight. [Onscreen graphic: "Dayna lost 14 pounds"] That's why we've put together an absolutely incredible offer. For a limited time we'll send you the complete Sensa starter kit to try for 30 days with no obligation to buy. Hundreds of thousands of people have said yes to this offer and you know what? They've lost over a million pounds. Look at these before and after shots. These are all people who've lost lots of weight with Sensa and look at 'em, [Onscreen graphic: "Clinically Proven! Jessica lost 34 pounds! Studies show average weight loss 30 lbs. in 6 months."] they're almost unrecognizable [Onscreen graphic: "Clinically Proven! Belinda lost 34 pounds! Studies show average weight loss 30 lbs. in 6 months."] from their before shots to their after shots. [Onscreen graphic: "Clinically Proven! Ari lost 36 pounds! Studies show average weight loss 30 lbs. in 6 months."] Sensa worked for them and it'll work for you too. [Onscreen graphic: "Clinically Proven! Mike lost 40 pounds! Studies show average weight loss 30 lbs. in 6 months."] We guarantee it.

28.   Nearly every page of www.trysensa.com includes the claim that Sensa crystals are "clinically proven" effective for weight loss. The following screenshots are illustrative:



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





CLASS ACTION COMPLAINT                                                                 16



29.     The website, www.trysensa.com, also includes detailed information on the purported clinical studies.  The main page includes the following text and image:



1  The main page also includes a tab at the top labeled "CLINICALLY PROVEN," which links to a

2  page, http://www.trysensa.com/clinical-study.htm, bearing the headline "NO OTHER WEIGHT-

3  LOSS PRODUCT HAS SUCH EXTRAORDINARY CLINICAL RESULTS."   The text below this

4  headline states:

> Over the course of 25 years, SENSA® creator Dr. Alan Hirsch has conducted ongoing research on the effects of smell and taste on eating habits, ultimately leading him to spearhead one of the largest studies ever conducted on weight loss.  Over a 6 month period, 1,436 women and men sprinkled scented, flavorless 'Tastant' crystals on everything they ate.  Participants were instructed not to change their existing diet or exercise program.

> The 1,436 people in the treatment group who completed the program lost an average of 30.5 pounds - nearly 15% of their total body weight.  Those in the control group lost only 2 pounds, on average.

> This was followed by a double-blind, placebo-controlled study conducted by an independent laboratory, in which participants lost 27.5 pounds and about 14% of their body mass, on average. Participants were instructed not to change their existing diet or exercise program.  Those in the control group gained half a pound, on average.

Further down the page is large bold type, stating:  **SENSA® was proven effective in one of the largest clinical studies ever performed on a non-prescription weight-loss product.**  This is followed by a graphic depiction of the results of the purported clinical studies:



18

1    30.    With regard to these types of claims that a weight-loss product has been proven
2 effective in clinical studies, the FTC Staff Report on Weight Loss Advertising comments:
3 "Although some advertisements briefly describe the results, and provide some information about the
4 methodology of a particular study, such as the study's duration and number of participating
5 subjects, most of the advertisements fail to give consumers sufficient detail about a study to allow
6 consumers to verify the advertiser's representations." FTC Staff Report at 17. That is certainly the
7 case with regard to the purported clinical studies of Sensa crystals. Neither the advertisements, nor
8 the additional materials available through the website, provide sufficient information to determine
9 the validity of these studies. For example, the one-page poster of the purported "Double-Blind
10 Placebo-Controlled Lab Study"[10] does not identify an author, nor the facility where the study was
11 done, nor any information on how many participants were assigned to the test and control groups,
12 nor any information about what statistical tests, if any, were done to analyze the data. However,
13 prior to filing this complaint Plaintiff's counsel requested that Defendants provide more detailed
14 data from this study, and provided it to an independent expert to review. That expert concluded the
15 data were not scientifically credible and do not support claims that Sensa crystals are effective for
16 weight loss.

17    31.    After reviewing the reports from both purported "clinical studies," an independent
18 expert retained by plaintiff's counsel concluded that neither "study" is scientifically credible and,
19 and neither "study" supports claims that Sensa crystals are effective for weight loss.

20                           **PLAINTIFF'S PURCHASES OF SENSA**

21    32.    Plaintiff Jeannette McClendon initially purchased Sensa crystals in 2008 and made
22 additional purchases in 2009 and 2010, including purchases made directly through the website,
23 www.trysena.com. She purchased Sensa crystals after seeing advertisements claiming the crystals
24 were clinically proven to help people lose weight without dieting or exercise. The advertisements
25 also stated that people using Sensa crystals could eat whatever they want and still lose weight. The
26 representations made in those advertisements were substantial factors influencing Ms. McClendon's

27

28 [10] Available at http://www.trysensa.com/media/pdf/Abstract_Poster_Double_Blind_Study.pdf.

CLASS ACTION COMPLAINT                                                                    19

1  decision to purchase Sensa crystals. If she had not seen those representations, Ms. McClendon
2  would not have purchased Sensa crystals.

3  ## CLASS ACTION ALLEGATIONS

4      33.    Plaintiff seeks to represent a class defined as all persons in the United States who
5  purchased Sensa crystals at any time from four years preceding the filing of this complaint through
6  the date through the present (the "Class"). Excluded from the Class are governmental entities,
7  Defendants, Defendants' affiliates, parents, subsidiaries, employees, officers, directors, and co-
8  conspirators, and anyone who purchased Sensa crystals for resale. Also excluded is any judicial
9  offer presiding over this matter and the members of their immediate families and judicial staff.

10      34.    Plaintiff also seeks to represent a subclass defined as all members of the Class who
11  purchases Sensa crystals from within the state of California (the "California Subclass").

12      35.    Members of the Class and California Subclass are so numerous that their individual
13  joinder herein is impracticable. The precise number of Class members and their identities are
14  unknown to Plaintiff at this time but will be determined through discovery of Defendants' records.
15  Class members may be notified of the pendency of this action by mail, email and/or publication.

16      36.    Common questions of law and fact exist as to all Class members and predominate
17  over questions affecting only individual Class members. These common legal and factual questions
18  include, but are not limited to:

19          (a)    Whether the marketing and advertisements for Sensa included false,
20  misleading and unsubstantiated statements;

21          (b)    Whether Defendants' conduct violated the CLRA;

22          (c)    Whether Defendants' conduct violated the FAL;

23          (d)    Whether Defendants' conduct violated the UCL's unlawful, unfair, and
24  fraudulent and deceptive prongs.

25      37.    Plaintiff's claims are typical of the claims of the proposed Class and California
26  Subclass. Each class member was subjected to the same illegal conduct, was harmed in the same
27  way and has claims for relief under the same legal theories.

28

CLASS ACTION COMPLAINT     20

1       38.    Plaintiff is an adequate representative of the Class and California Subclass because
2 her interests do not conflict with the interests of the Class members she seeks to represent, she has
3 retained counsel competent and experienced in prosecuting class actions, and she intends to
4 prosecute this action vigorously. The interests of Class members will be fairly and adequately
5 protected by Plaintiff and her counsel.

6       39.    The class mechanism is superior to other available means for the fair and efficient
7 adjudication of the claims of Class members. Each individual Class member may lack the resources
8 to undergo the burden and expense of individual prosecution of the complex and extensive litigation
9 necessary to establish defendant's liability. Individualized litigation increases the delay and
10 expense to all parties and multiplies the burden on the judicial system presented by the complex
11 legal and factual issues of this case. Individualized litigation also presents a potential for
12 inconsistent or contradictory judgments. In contrast, the class action device presents far fewer
13 management difficulties and provides the benefits of single adjudication, economy of scale, and
14 comprehensive supervision by a single court on the issue of defendant's liability. Class treatment of
15 the liability issues will ensure that all claims and claimants are before this Court for consistent
16 adjudication of the liability issues.

17      40.    Unless a class is certified, Defendants will retain monies received as a result of their
18 conduct that were taken from Plaintiff and proposed Class members. Unless a classwide injunction
19 is issued, Defendants will continue to commit the violations of law alleged, and the members of the
20 Class and the general public will continue to be harmed thereby.

21 

**COUNT I**
**Violation of California's Consumer Legal Remedies Act,**
**California Civil Code § 1750, *et seq.***

23      41.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth
24 above as though fully set forth herein.

25      42.    Plaintiff brings this claim individually and on behalf of the members of the proposed
26 Class and California Subclass against Defendants.

27 

28 

CLASS ACTION COMPLAINT                                21

1    43.    Defendants violated Civil Code § 1770(a)(2), (5), (7), (9), and (14) by making false,
2  misleading and unsubstantiated statements regarding Sensa crystals.

3    44.    Plaintiff and the members of the California Subclass have suffered harm as a result
4  of these violations of the CLRA because they have incurred charges and/or paid monies for Sensa
5  crystals that they otherwise would not have incurred or paid.

6    45.    On February 23, 2011, prior to the filing of this Complaint, a CLRA notice letter was
7  served on Defendants which complies in all respects with California Civil Code §1782(a).  Plaintiff
8  sent Defendants a letter via certified mail, return receipt requested, advising Defendants that they
9  are in violation of the CLRA and demanding that they cease and desist from such violations and
10  make full restitution by refunding the monies received therefrom.  A true and correct copy of
11  Plaintiff's CLRA demand letter is attached hereto as Exhibit B.

12    46.    Pursuant to Civil Code § 1780, Plaintiff seeks an order of this Court permanently
13  enjoining Defendants from continuing to engage in their unlawful conduct as alleged herein.
14  Plaintiff also seeks an order of this Court requiring Defendants to:

15              (a)    Pay damages according to proof;

16              (b)    Immediately cease the conduct alleged herein

17              (c)    Make full restitution of all monies wrongfully obtained;

18              (d)    Disgorge all ill-gotten revenues and/or profits; and

19              (e)    Punitive damages.

20                                      **COUNT II**
                **Violation of California's False Advertising Law ("FAL"),**
21              **Business & Professions Code § 17500 *et seq*.**

22    47.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth
23  above as though fully set forth herein.

24    48.    Plaintiff brings this claim individually and on behalf of the members of the proposed
25  Class and California Subclass against Defendants.

26    49.    Defendants violated Business & Professions Code § 17500 by publicly disseminating
27  false, misleading and unsubstantiated advertisements regarding Sensa crystals.

28

CLASS ACTION COMPLAINT                                                              22

1  50.  Defendants' false, misleading and unsubstantiated advertisements were disseminated
2  to increase the sales of Sensa.

3  51.  Defendants knew or should have known that their advertisements for Sensa crystals
4  were false, misleading and unsubstantiated and that those advertisements would induce consumers
5  to purchase Sensa crystals.

6  52.  Furthermore, Defendants publicly disseminated the false, misleading and
7  unsubstantiated advertisements as part of a plan or scheme and with the intent to sell an unproven,
8  ineffective and worthless product.

9  53.  Plaintiff and the members of the California Subclass have suffered harm as a result
10  of these violations of the FAL because they have incurred charges and/or paid monies for Sensa
11  crystals that they otherwise would not have incurred or paid.

12  54.  Pursuant to Bus. & Prof. Code § 17500, Plaintiff seeks an order of this Court
13  permanently enjoining Defendants from continuing to publicly disseminate false, misleading or
14  unsubstantiated advertisements for Sensa crystals as alleged herein.  Plaintiff also seeks an order
15  requiring Defendants to:

16  (a)  make full restitution for all monies wrongfully obtained; and

17  (b)  disgorge all ill-gotten revenues and/or profits.

18  <div align="center">**COUNT III**</div>
19  <div align="center">**Unlawful Business Practices In Violation Of California's Unfair Competition Law ("UCL"),**
**Business & Professions Code §§ 17200 et seq.**</div>
20  <div align="center">**(Unlawful Practices)**</div>

21  55.  Plaintiff incorporates by reference and re-alleges each and every allegation set forth
22  above as though fully set forth herein.

23  56.  Plaintiff brings this claim individually and on behalf of the members of the proposed
24  Class and California Subclass against Defendants.

25  57.  Defendants violated the unlawful prong of the UCL by violating Civil Code §
26  1770(a)(2), (5), (7), (9), and (14) and Business & Professions Code § 17500 as described above.

27

28

58.     Defendants also violated the unlawful prong of the UCL by violating the FTC Act, 15 U.S.C. § 45(n), because false, misleading and unsubstantiated claims concerning the clinically proven efficacy of Sensa crystals are likely to deceive reasonable consumers and are likely to cause injury to consumers by enticing them to purchase a worthless and ineffective product and to incur charges and/or pay monies for Sensa crystals that they otherwise would not have incurred or paid. These injuries are substantial, and are not reasonably avoidable by consumers who in most cases would be unable to debunk Defendants' bogus claims about the purported efficacy of Sensa crystals. Furthermore, "The FTC typically requires claims about the efficacy or safety of dietary supplements to be supported with 'competent and reliable scientific evidence,' defined in FTC cases as 'tests, analyses, research, studies, or other evidence based on the expertise of professionals in the relevant area, that have been conducted and evaluated in an objective manner by persons qualified to do so, using procedures generally accepted in the profession to yield accurate and reliable results.'"[11] Such support was lacking here, thus defendants' claims concerning the efficacy of Sensa crystals were unsupported and deceptive in violation of the FTC Act.

59.     Plaintiff and the members of the California Subclass have suffered harm as a result of these violations of the unlawful prong of the UCL because they have incurred charges and/or paid monies for Sensa they otherwise would not have incurred or paid.

60.     Pursuant to Bus. & Prof. Code § 17203, Plaintiff seeks an order of this Court permanently enjoining Defendants from continuing to engage in their unlawful conduct as alleged herein. Plaintiff also seeks an order requiring Defendants to:

        (a)     immediately cease the conduct described herein;

        (b)     make full restitution of all monies wrongfully obtained; and

        (c)     disgorge all ill-gotten revenues and/or profits.

/     /     /

/     /     /

---

[11] Federal Trade Commission, *Dietary Supplements: An Adverting Guide for Industry*, p. 9, available at http://business.ftc.gov/sites/default/files/pdf/bus09-dietary-supplements-advertising-guide-industry.pdf ("FTC Advertising Guide").

<div align="center">

**COUNT IV**
**Unlawful Business Practices In Violation Of California's Unfair Competition Law ("UCL"),**
**Business & Professions Code §§ 17200 *et seq.***
**(Unfair Practices)**

</div>

61.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

62.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and California Subclass against Defendants.

63.     Defendants' conduct, described herein, violated the unfair prong of the UCL because such conduct violated various laws and policies recognized by the California Legislature and the California courts, including without limitation, the CLRA and FAL, because the utility of Defendants' conduct is significantly outweighed by the gravity of the harms it imposed on consumers, and because Defendants' business practices described herein are oppressive, unscrupulous or substantially injurious to consumers.

64.     Plaintiff and the members of the California Subclass have suffered harm as a result of these violations of the unfair prong of the UCL because they have incurred charges and/or paid monies for Sensa they otherwise would not have incurred or paid.

65.     Pursuant to Bus. & Prof. Code § 17203, Plaintiff seeks an order of this Court permanently enjoining Defendants from continuing to engage in their unfair and unlawful conduct as alleged herein.  Plaintiff also seeks an order requiring Defendants to:

      (a)     immediately cease its unfair and unlawful acts and practices;

      (b)     make full restitution of all monies wrongfully obtained; and

      (c)     disgorge all ill-gotten revenues and/or profits.

<div align="center">

**COUNT V**
**Unlawful Business Practices In Violation Of California's Unfair Competition Law ("UCL"),**
**Business & Professions Code §§ 17200 *et seq.***
**(Fraudulent and Deceptive Practices)**

</div>

66.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

1    67.    Plaintiff brings this claim individually and on behalf of the members of the proposed

2  Class and California Subclass against Defendants.

3    68.    Defendants violated the fraudulent and deceptive prong of the UCL by disseminating

4  false, misleading and unsubstantiated advertisements and marketing materials regarding the

5  effectiveness of Sensa.

6    69.    Plaintiff and the members of the California Subclass have suffered harm as a result

7  of these violations of the fraudulent and deceptive prong of the UCL because they have incurred

8  charges and/or paid monies for Sensa they otherwise would not have incurred or paid.

9    70.    Pursuant to Bus. & Prof. Code § 17203, Plaintiff seeks an order permanently

10 enjoining Defendants from continuing to engage in their fraudulent and deceptive conduct alleged

11 herein. Plaintiff also seeks and order requiring Defendants to:

12           (a)    immediately cease their fraudulent and deceptive acts and practices;

13           (b)    make full restitution of all monies wrongfully obtained; and

14           (c)    disgorge all ill-gotten revenues and/or profits.

15                              **PRAYER FOR RELIEF**

16       WHEREFORE, Plaintiff prays for judgment and relief as follows:

17    A.    An order certifying that this lawsuit is properly maintainable as a class action and

18 certifying Plaintiff as the representative of the Class and California Subclass;

19    B.    For all forms of relief set forth above;

20    C.    Damages against Defendants in an amount to be determined at trial, together with

21 pre- and post-judgment interest at the maximum rate allowable by law on any amounts awarded;

22    D.    Restitution and/or disgorgement in an amount to be determined at trial;

23    E.    Punitive damages;

24    F.    An order enjoining Defendants from continuing to engage in the unlawful conduct

25 and practices described herein;

26    G.    Reasonable attorneys' fees and costs;

27    H.    Granting such other and further relief as may be just and proper.

28

CLASS ACTION COMPLAINT                                                          26

1    **DEMAND FOR TRIAL BY JURY**

2         Plaintiff demands a trial by jury of all issues so triable.

3    Dated: April 5, 2011                        Respectfully submitted,

4
                                                 BURSOR & FISHER, P.A.
5                                                L. Timothy Fisher (State Bar No. 191626)
                                                 2121 North California Blvd., Suite 1010
6                                                Walnut Creek, CA 94596
                                                 Telephone: (925) 482-1515
7                                                Facsimile: (925) 407-2700
                                                 E-Mail: ltfisher@bursor.com
8

9
                                                 By:
10                                                       L. Timothy Fisher

11                                               Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT                                                               27

I, Jeannette McClendon, declare as follows:

1.    I am a plaintiff in this action and a citizen of the State of California. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2.    The Complaint filed in this action is filed in the proper place for trial under Civil Code Section 1780(d) in that a substantial portion of the events alleged in the Complaint occurred in the Northern District of California. While living in the Northern District of California, I purchased Sensa crystals in 2008 and made additional purchases in 2009 and 2010, including purchases made directly through the website, www.trysena.com. I purchased Sensa crystals after seeing advertisements claiming the crystals were clinically proven to help people lose weight without dieting or exercise. The advertisements also stated that people using Sensa crystals could eat whatever they want and still lose weight. The representations made in those advertisements were substantial factors influencing my decision to purchase Sensa crystals. If I had not seen those representations, I would not have purchased Sensa crystals.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on April 1, 2011 at San Francisco, California.

Jeannette McClendon

# EXHIBIT A

http://www.trysensa.com/    Go    APR    JUN    Close

87 captures    ◄    ►    Help

17 May 08 - 24 Apr 10    2007    2009

# SENSA

WHAT IS SENSA?  |

HOW DOES IT WORK?

Where's the Proof?
How to Get Started?

## What is Sensa?

### Quite possibly the most important weight-loss discovery of the 21st century

Forget everything you know about weight loss. Your days of yo-yo dieting, deprivation and frustration are over. Get ready to lose weight the Sensa way — without pills, without the inconvenience and expense of pre-packaged foods, and without having to give up your favorite foods.

Sensa is not a diet. It's an entirely NEW, clinically proven method of losing weight, and it's unlike any other weight-loss program in three very important ways:

- There are no food restriction, and no change in lifestyle. There's no counting points and you can continue to eat all your favorite foods!
- At the heart of the Sensa program is patent-pending Tastant Technology based on more than 20 years of intensive research. Sensa Tastants use your senses of smell and taste as allies in weight loss by speeding up sensory-specific satiety — the biological mechanism that tells you it's time to stop eating!
- Sensa's exclusive Tastant Technology is proven in clinical testing to produce an average weight loss of 30.5 pounds in just 6 months! Sensa is the ONLY weight-loss system with this revolutionary technology and these amazing clinical results.

**Based on more than 2
decades of research**
See why there's
nothing else like it

**30 pounds average weight loss - more
than any other weight loss program**
Read more
amazing results

**Just sprinkle it on...
Feel full faster...
Eat less...
And lose weight...**
Discover how it works

WHAT IS SENSA?  |  HOW DOES IT WORK?  |  WHERE'S THE PROOF?  |  HOW DO I GET STARTED?

2301 Rosecrans Avenue  |  Suite 4100  |  Manhattan Beach, CA 90245-4967  |  (866) 514-2554

© Sensa LLC. All Rights Reserved 2008

http://www.trysensa.com/?action=home.proof

1 captures
18 May 08 - 18 May 08

Go   APR   JUN   Close

2007   2009   Help

# SENSA®

WHAT IS SENSA?  |

HOW DOES IT WORK?  :

Where's the Proof?
How to Get Started?

Sprinkle Sensa On Your Food
Clinical Study

## Clinical Study Proved Average Weight Loss of 30.5 lbs!

In one of the largest clinical studies for a non-prescription weight-loss product ever conducted, 1436 men and women participants were instructed to sprinkle Sensa Tastants on all of their daily food for 6 months. 100 men and women participants were monitored in a placebo group. The participants were not advised to change their regular diet or exercise and were weighed at the beginning and the end of the study.

At the end of the 6-month study, the average weight loss of the Sensa Tastant group was 30.5 pounds, or an average of 5.1 pounds per month. The placebo group only lost an average of 2 pounds.

Weight Loss After 6 Months

WHAT IS SENSA?  |  HOW DOES IT WORK?  |  WHERE'S THE PROOF?  |  HOW DO I GET STARTED?

2301 Rosecrans Avenue  |  Suite 4100  |  Manhattan Beach, CA 90245-4967  |  (866) 514-2554

© Sensa LLC. All Rights Reserved 2008

# EXHIBIT B

# BURSOR & FISHER, P.A.

ATTORNEYS AT LAW

2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596-7351
(925) 482-1515 (tel)
(925) 407-2700 (fax)
www.bursor.com

February 23, 2011

### *Via Certified Mail - Return Receipt Requested*

Sensa Products, LLC
2301 Rosecrans Ave., Suite 4100
El Segundo, CA 90245

Dr. Alan R. Hirsch
845 North Michigan Avenue, Suite 990W
Chicago, IL 60611

General Nutrition Corp.
300 Sixth Ave.
Pittsburgh, PA 15222

General Nutrition Centers, Inc.
300 Sixth Ave.
Pittsburgh, PA 15222

Re:     *Demand Letter Pursuant to California Civil Code § 1782*

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by
Sensa Products, LLC, Dr. Alan R. Hirsch, General Nutrition Corp. and General Nutrition
Centers, Inc., pursuant to the provisions of California Civil Code § 1782, on behalf of our
client Jeannette McClendon and all other persons similarly situated.

Sensa is a purported weight loss product that is sprinkled on food. In the
marketing and advertisements for Sensa, you claim that by using the product you can "eat
all your favorite foods and still lose weight. Just sprinkle Sensa onto your meals and
snacks to safely and effectively lose weight without feeling deprived." You also
repeatedly claim that the product is "clinically proven" to cause users to lose weight
without changing their diet or exercise program. You also refer to a clinical study in
which 1,436 people lost "an average of 30.5 pounds" over a six month period. These and
other similar statements regarding Sensa are false and misleading and induce consumers
like Ms. McClendon and others to purchase the product. By making such false and
misleading statements, you have violated numerous provisions of California law

# BURSOR & FISHER, P.A.

page 2

including the Consumers Legal Remedies Act, California Civil Code § 1770, including but not limited to subsections (a)(2), (5), (7), (9) and (14).

We hereby demand that you immediately (1) cease and desist from fraudulently marketing Sensa, and (2) make full restitution of all monies obtained from purchasers of Sensa.

It is further demanded that you preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1. All documents regarding the advertisement and marketing of Sensa;

2. All documents concerning the sale of Sensa, including the total amount of money generated from the sale of Sensa;

3. All documents concerning any clinical studies or other research done regarding the safety and efficacy of Sensa;

4. All communications with customers and former customers concerning complaints related to Sensa; and

5. All documents concerning the identity of those individuals who purchased Sensa.

Please comply with this demand within 30 days from receipt of this letter.

We are willing to negotiate with you to attempt to resolve the demands asserted in this letter. If you wish to enter into such discussions, please contact me immediately. If I do not hear from you promptly, I will conclude that you are not interested in resolving this dispute short of litigation.

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter, but in no event later than 30 days from the date of receipt.

Very truly yours,

L. Timothy Fisher
ltfisher@bursor.com