AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| JEANNETTE MCCLENDON | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. C11-01650 MC EMC |
| SENSA PRODUCTS, LLC and ALAN R. HIRSCH | ) | |
| | ) | |
| _Defendant_ | ) | |

ADR

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Timothy Fisher
Bursor & Fisher, P.A.
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
E-Mail: ltfisher@bursor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KELLY COLLINS**
_CLERK OF COURT_

~~CLARA PIERCE~~

Date: APR - 5 2011

_Signature of Clerk or Deputy Clerk_

Sensa ~~Producets~~ Products, LLC
2301 Rosecrans Ave., Suite 4100
El Segundo, CA 90245

Alan R. Hirsch
845 North Michigan Avenue, Suite 990W
Chicago, IL 60611