Jonathan Solish (SBN 67609)
Keith D. Klein (SBN 184846)
Brian J. Recor (SBN 229091)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail:         jonathan.solish@bryancave.com
                keith.klein@bryancave.com
                brian.recor@bryancave.com

Attorneys for Defendants
SENSA PRODUCTS LLC and DR. ALAN HIRSCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE MCLENDON,<br><br>            Plaintiff,<br><br>    v.<br><br>SENSA PRODUCTS, LLC, and ALAN R. HIRSCH,<br><br>            Defendants. | CASE NO.  11-CV-01650-RS<br><br>**[PROPOSED] ORDER ON STIPULATED REQUEST FOR SUBSTITUTION OF COUNSEL** |

PURSUANT TO THE STIPULATED REQUEST FOR SUBSTITUTION OF COUNSEL, IT IS SO ORDERED that Seth E. Pierce (SBN 186576) with the law firm of Mitchell Silberberg & Knupp LLP is hereby counsel of record in this action for defendants Sensa Products, LLC and Alan R. Hirsch, and Brian J. Recor (SBN 229091), Jonathan Solish (SBN 67609), and Keith D. Klein (SBN 184846) with the law firm of Bryan Cave LLP are hereby removed as counsel of record.

DATED: ___5/25_____, 2011

_____
The Honorable Richard Seeborg
United States District Judge

CASE NO.  11-CV-01650-RS
ORDER ON STIPULATED REQUEST FOR SUBSTITUTION OF COUNSEL