*E-Filed 6/1/11*

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
2121 North California Boulevard, Suite 1010
Walnut Creek, CA 94596
Telephone:  (925) 482-1515
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        swestcot@bursor.com

MILBERG LLP
Jeff S. Westerman (State Bar No. 94559)
300 South Grand Avenue, Suite 3900
Telephone:  (213) 617-1200
Facsimile:  (213) 617-1975
E-Mail: jwesterman@milberg.com

MILBERG LLP
Janine L. Pollack
One Pennsylvania Plaza, 48th Floor
New York, NY 10119
Telephone:  (212) 594-5300
Facsimile:   (212) 273-4388
E-Mail: jpollack@milberg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE MCCLENDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENSA PRODUCTS, LLC, and ALAN R. HIRSCH,<br><br>Defendants. | Case No. C11-01650 RS<br>Hon. Richard Seeborg<br><br>**[PROPOSED] ORDER CONTINUING JUNE 9, 2011 HEARING DATE TO JUNE 16, 2011** |

---

[PROPOSED] ORDER CONTINUING HEARING DATE
C11-01650 RS

**[PROPOSED] ORDER**

In light of the parties' stipulation to continue the June 9, 2011 hearing date to June 16, 2011 the Court modifies the schedule as follows:

The hearing on Plaintiff's Motion to Appoint Interim Class Counsel previously set for June 9, 2011 is hereby rescheduled to June 16, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

Dated:  June  1 , 2011

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE