*E-Filed 7/12/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE MCCLENDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENSA PRODUCTS, LLC and ALAN. R. HIRSCH,<br><br>Defendants. | CASE NO.  11-CV-01650-RS<br><br>The Honorable Richard Seeborg<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1  Good cause having been shown in the parties' stipulation, the Court hereby ORDERS that
2  the Case Management Conference is reset from July 21, 2011 to August 4, 2011 at 10:00 a.m.
3  before the Honorable Richard Seeborg.
4      SO ORDERED.

6  DATED: July 12, 2011

                                                                  */s/ Richard Seeborg*
7                                                            The Honorable Richard Seeborg
                                                          United States District Judge

Mitchell Silberberg & Knupp LLP
3953892.1

1                         The Honorable Richard Seeborg
ORDER ON JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE