**\*\*E-filed 8/31/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEANETTE MCCLENDON,

    Plaintiff,

  v.

SENSA PRODUCTS, LLC, et al.,

    Defendants.

No. C 11-01650 RS

**AMENDED\* ORDER DENYING MOTIONS TO TRANSFER VENUE**

The motions to transfer this action to the Central District are denied without prejudice, and the hearing set for September 1, 2011 is vacated. The parties have advised that the *Breeding v. Sensa* and *Gordon v. Sensa* matters have been, or are being, transferred to this district. Based on the parties' prior representations as to the overlap in these cases, any decision as to whether transfer to the Central District is appropriate should be made with respect to all three cases at the same time. The parties are directed to proceed under Civil Local 3-12 to have *Breeding* and *Gordon* reassigned if necessary.

IT IS SO ORDERED.

Dated: 8/31/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

\* This order is amended only to correct its title.