Tina Wolfson (CSB# 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CSB# 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

Attorneys for Plaintiff, Melanie Gordon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Sensa Weight Loss System Litigation* | Case No. C 11-1650 RS  **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO THE OPENING MOTIONS FOR INTERIM LEAD COUNSEL; [PROPOSED] ORDER**  Date: n/a  Time: n/a  Courtroom 6 |

- 1 -

DOCS\581328v1

WHEREAS, pursuant to the Court's November 15, 2011 Order, the various plaintiffs filed their motions to appoint interim lead counsel on December 20, 2011;

WHEREAS, pursuant to local rule 7-3, responses or oppositions to those motions would be due on January 3, 2012;

WHEREAS, in light of the holidays, the plaintiffs in the related actions have agreed to extend the time to file a response or opposition to the opening motions and replies thereto;

WHEREAS, Counsel for Defendants have been informed of this stipulation and provided a copy thereof, and have no objection to the instant stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties through their undersigned counsel, that:

- Responses or oppositions to motions for interim lead counsel will be filed by **January 6, 2012;** and
- Replies to the responses or oppositions will be filed by **January 13, 2012**.

Dated: December 28, 2011            Respectfully Submitted,


/s/                                             /s/

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
2121 North California Boulevard, Ste 1010
Walnut Creek, CA 94596
Telephone:  (925) 482-1515
Fax:             (925) 407-2700
EMail:        ltfisher@bursor.com
                  swestcot@bursor.com

**MILBERG LLP**
Jeff S. Westerman (Bar No. 94559)
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone:  (213) 617-1200
Fax:             (213) 617-1975
EMail:        jwesterman@milberg.com

**AHDOOT & WOLFSON APC**
Tina Wolfson
Theodore Walter Maya
10850 Wilshire Blvd., Suite 370
Los Angeles , CA  90024
Telephone: 310-474-9111
Fax: 310-474-8585
Email:  tmaya@ahdootwolfson.com
            twolfson@ahdootwolfson.com

*Attorneys for Plaintiff Melanie Gordon*

- 1 -

DOCS\581328v1

**MILBERG LLP**
Janine L. Pollack
Melissa Ryan Clark
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Fax:         (212) 273-4388
EMail:      jpollack@milberg.com
                mclark@milberg.com

*Attorneys for Plaintiff Jeannette McClendon*

_____/s/_____   _____/s/_____

**RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**
Michael Francis Ram
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415-433-4949
Fax: 415-433-7311
Email: mram@ramolson.com

*Attorneys for Interested Party Polin Mahboubian*

**THE SENATORS (RET.) FIRM, LLP**
Ronald Thomas Labriola
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: 949-209-9820
Fax: 866-676-6769
Email: rlabriola@thesenatorsfirm.com

*Attorneys for Plaintiff Linda Breeding*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __12/28/11_____           _____
                                                                  Hon. Richard Seeborg