# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SENSA WEIGHT LOSS SYSTEM LITIGATION, | Case No. 11-1650-YGR<br>And related Case No. 11-5516-YGR<br><br>**ORDER DENYING STIPULATION TO CONSOLIDATE CASES** |
| POLIN MAHBOUBIAN,<br><br>    Plaintiff,<br><br>SENSA PRODUCTS, LLC., et al.<br><br>    Defendants. | |

On November 30, 2011, the Court ordered that the case entitled *Mahboubian v. Sensa Products,* LLC, Case No. 11-5516 was related to *In Re Sensa Weight Loss System* Litigation, No. 11-1650. At the Case Management Conference on February 27, 2012, the parties indicated to the Court that they would submit a stipulation that the cases be consolidated for all purposes. The stipulation submitted on March 2, 2012, was signed only by counsel for Mahboubian and counsel for Sensa, and was filed only in the *Mahboubian* action.

The stipulation is DENIED WITHOUT PREJUDICE to submitting a stipulation signed by representatives of Mahboubian and Sensa as well as Interim Class Counsel in the *In re Sensa* lead case.

This order terminates Docket No. 15 in case number 11-5516.

**IT IS SO ORDERED.**

Dated: March 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**