# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE SENSA WEIGHT LOSS SYSTEM LITIGATION,**<br><br>And related actions | Case No. 11-CV-1650-YGR<br>And related Case Nos. 11-CV-5516-YGR,<br>                        12-CV-1050 YGR<br>                        12-CV-1315 YGR<br><br>**ORDER SETTING JOINT STATUS CONFERENCE** |

The Court ORDERS counsel for all parties in these consolidated and related actions to appear for a status conference at 1:00 p.m. on Friday, April 13, 2012, at the Oakland Federal Courthouse in a courtroom to be designated. The parties should be prepared to address the status of: (i) the pending action in *Correa v. Sensa Products, LLC*, Case No. BC476808 (Los Angeles Superior Court), (ii) its relation and impact on the consolidated and related actions pending before this Court, (iii) the basis for the motion for approval of class settlement in the *Correa* action, and (iv) the general objections thereto.

The Court invites the judge presiding over the *Correa* action, Judge Anthony Mohr of the Los Angeles Superior Court, as well as the parties in that action to participate in the status conference as appropriate.

**IT IS SO ORDERED.**

Dated : March 29, 2012

                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**