**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE SENSA WEIGHT LOSS SYSTEM LITIGATION,**<br><br>And related actions | Case No. 11-CV-1650-YGR<br>And related Case Nos. 11-CV-5516-YGR,<br>                           12-CV-1050 YGR<br>                           12-CV-1315 YGR<br><br>**ORDER TO SHOW CAUSE RE: CONSOLIDATION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE ORDERED TO SHOW CAUSE WHY this Court should not consolidate *In re: Sensa Weight Loss System Litigation*, CAND Case No. 11-CV-1650-YGR, with the following related cases: (1) *Mahboubian v Sensa Products, LLC, et al.,* CAND Case No. 11-CV-5516-YGR; (2) *Cordova v. Sensa Products, LLC,* CAND Case No. 12-CV-1050 YGR; and (3) *Cruz v. Sensa Products, LLC,* CAND Case No. 12-CV-1315 YGR. The *Mahboubian* action, as well as the recently-transferred actions in *Cordova* and *Cruz* appear to involve the same parties, facts, and claims.

Hearing on this Order to Show Cause shall be held on at 1:00 p.m. on Friday, April 13, 2012, at the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. Any written response shall be filed and served no later than April 11, 2012.

The Court notes that it previously directed counsel to submit a motion or stipulation to consolidate *In re: Sensa Weight Loss System Litigation*, CAND Case No. 11-CV-1650-YGR with

*Mahboubian v Sensa Products, LLC, et al.,* CAND Case No. 11-CV-5516-YGR.  On March 2, 2012, counsel for Mahboubian and Sensa Products, LLC submitted a stipulation and proposed order, however such stipulation was denied without prejudice due to failure to obtain the consent of Interim Class Counsel in the lead action.   (*See* Order issued March 16, 2012, Case No. 11-CV-5516 YGR, Dkt. No. 20.)  No stipulation regarding consolidation has been submitted subsequently.  The Court further notes that the only stipulation submitted subsequently is one to dismiss Plaintiff Mahboubian in Case No. 11-CV-5516-YGR, which would leave the action without a named plaintiff.

Counsel should be prepared to address and clarify the state of the pleadings, consolidation, and named plaintiffs at the time of the hearing.

**IT IS SO ORDERED.**

Dated : April 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**