**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE SENSA WEIGHT LOSS SYSTEM LITIGATION** | Case No. 11-CV-1650-YGR<br>And related Case Nos. 11-CV-5516-YGR,<br>12-CV-1050 YGR<br>12-CV-1315 YGR<br><br>**ORDER CONSOLIDATING CASES** |

The Court orders that the following related cases:

(1) *Mahboubian v Sensa Products, LLC, et al.,* CAND Case No. 11-CV-5516-YGR;

(2) *Cordova v. Sensa Products, LLC,* CAND Case No. 12-CV-1050 YGR; and

(3) *Cruz v. Sensa Products, LLC,* CAND Case No. 12-CV-1315 YGR

are CONSOLIDATED with lead case *In re: Sensa Weight Loss System Litigation*, CAND Case No. 11-CV-1650-YGR.

All further filings in these matters shall be in the lead case number.

**IT IS SO ORDERED.**

**April 20, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**