**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE SENSA WEIGHT LOSS LITIGATION,** | **Case No.: 11-CV-1650 YGR**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING COMPLIANCE HEARING** |

In light of the parties' Joint Case Management Statement, filed January 27, 2014, the Case Management Conference currently set for Monday, February 3, 2014, is **VACATED**.

The Court sets this matter for a compliance hearing re: status of dismissal on April 25, 2014, on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

No later than five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a stipulation for entry of dismissal in light of the conclusion of the *Correa* litigation covering all claims herein; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties will not need to appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Date: January 29, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**