1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Boulevard, Suite 940
   Walnut Creek, CA 94596
3  Telephone:  (925) 300-4455
   Facsimile:  (925) 407-2700
4  E-Mail:   ltfisher@bursor.com

5  *Interim Class Counsel*

6  **MITCHELL SILBERBERG & KNUPP LLP**
   Jeffrey L. Richardson (State Bar No. 167274)
7  Seth E. Pierce (State Bar No. 186576)
   Valentine A. Shalamitski (State Bar No. 236061)
8  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
9  Telephone:   (310) 312-2000
   Facsimile:   (310) 312-3100
10 E-mail:      jlr@msk.com
                sep@msk.com
11              vas@msk.com

12 *Attorneys for Defendants Sensa Products, LLC
   and Alan R. Hirsch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE SENSA WEIGHT LOSS SYSTEM LITIGATION | CASE NO.  11-CV-1650 YGR |
|---|---|
| | The Honorable Yvonne Gonzalez Rogers |
| | ORDER GRANTING **STIPULATION FOR VOLUNTARY DISMISSAL [FRCP 41(a)(1)(A)(ii)]** |

STIPULATION FOR VOLUNTARY DISMISSAL
CASE NO. 11-CV-1650 YGR

6039488.1/44149-00000

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeannette McClendon
2  and Defendants Sensa Products, LLC and Alan R. Hirsch, through their respective counsel, hereby
3  stipulate to dismissal of the action in light of the conclusion of the *Correa* litigation. Each party
4  shall bear its own fees and costs.

Dated: April 17, 2014              Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

**MILBERG LLP**
David E. Azar (State Bar No. 218319)
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone:  (213) 617-1200
Facsimile:  (213) 617-1975
E-Mail: dazar@milberg.com

**MILBERG LLP**
Melissa Ryan Clark
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone:  (212) 594-5300
Facsimile:   (212) 273-4388
E-Mail: mclark@milberg.com

|   |   |
|---|---|
| 1 | **EDGAR LAW FIRM, LLC** |
| 2 | John F. Edgar |
|   | 1032 Pennsylvania Avenue |
| 3 | Kansas City, MO  64105 |
|   | Telephone:  (816) 531-0033 |
| 4 | Facsimile:  (816) 531-3322 |
|   | E-Mail:  jfe@edgarlawfirm.com |

**EDGAR LAW FIRM, LLC**
John F. Edgar
1032 Pennsylvania Avenue
Kansas City, MO  64105
Telephone:  (816) 531-0033
Facsimile:  (816) 531-3322
E-Mail:  jfe@edgarlawfirm.com

**DESAI LAW FIRM, P.C.**
Aashish Y. Desai (State Bar No. 187394)
8001 Irvine Center Drive, Suite 1450
Irvine, CA 92618
Telephone:  (949) 842-8948
Facsimile:  (949) 271-4190
E-Mail:  aashish@desai-law.com

*Attorneys for Plaintiffs*

Dated: April 17, 2014          Respectfully submitted,

**MITCHELL SILBERBERG & KNUPP LLP**

By:     /s/   *Jeffrey L. Richardson*
         Jeffrey L. Richardson

Jeffrey L. Richardson (State Bar No. 167274)
Seth E. Pierce (State Bar No.  186576)
Valentine A. Shalamitski (State Bar No. 236061)
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:     (310) 312-2000
Facsimile:     (310) 312-3100
E-mail: jlr@msk.com
           sep@msk.com
           vas@msk.com

*Attorneys for Defendants Sensa Products, LLC and Alan R. Hirsch*

ORDER

Pursuant to the above stipulation, this action and related cases Mahboubian v. Sensa Products, LLC (11-cv-5516), Cordova v. Sensa Products, LLC (12-cv-1050), and Cruz v. Sensa Products, LLC (12-cv-1315) are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  April 21, 2014

_____
YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

STIPULATION FOR VOLUNTARY DISMISSAL       2
CASE NO. 11-CV-1650 YGR

6039488.1/44149-00000